UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAMON HOUSTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:16CV153 RWS-PLC |
| CINDY GRIFFITH, | ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

To avoid any potential appearance of impropriety, the undersigned disqualifies herself from this case. The Clerk of Court shall randomly reassign this matter to another United States Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned disqualifies herself from this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall randomly reassign this matter to another United States Magistrate Judge.

Dated this 5th day of February, 2016.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE